United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ON24, INC.,

Plaintiff,

v.

WEBINAR.NET, INC.,

Defendant.

Case No. 21-cv-07721-EMC

**ORDER DENYING DEFENDANT'S SECOND MOTION FOR ATTORNEYS' FEES**

Docket Nos. 137-38

Pending before the Court is webinar's second motion for attorneys' fees. The Court finds this matter suitable for resolution without oral argument and thus **VACATES** the hearing on the motion. The Court has considered, *inter alia*, the Federal Circuit's summary affirmance of this Court's decision and the questioning of the panel before it rendered its decision. webinar's motion is **DENIED**. It has failed to prove, by a preponderance of the evidence, that the instant case is an exceptional one for purposes of 35 U.S.C. § 285. *See EscapeX IP, LLC v. Google LLC*, 159 F.4th 1360, 1366 (Fed. Cir. 2025) ("A district court may, in an exercise of its discretion, award attorneys' fees to the prevailing party in an exceptional case. The burden is on the moving party to prove, by a preponderance of the evidence, that the case 'stands out from others,' 'considering the totality of the circumstances,' including the strength of the parties' litigating positions and their conduct in the litigation.").

**IT IS SO ORDERED**.

Dated: October 14, 2026

EDWARD M. CHEN
United States District Judge